Associated Moving & Storage Co.     07-10566

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    111
60-249 / 433

TID #380380
WILBUR J. (BILL) BABIN, JR.

| Case | Debtor |
|---|---|
| 07-11566 EWM | ASSOCIATED MOVING & STORAGE |
| 92000184674766 | COMPANY |
| COMBINED SMALL CHECK | |

Date 09/27/2011    $ ***********1.80

~~~One Dollar and 80/100

Pay to the Order of   U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

⑆24931⑆ 92000184674766⑉

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229249 — KW
* * C O P Y * *
October 24, 2011
15:53:08

UNC.UNDER$25
07-11566

Debtor.: ASSOCIATED MOVING & STORAGE CO
Trustee: Wilbur Babin, Jr.
Amount.:     $1.80 CH
Check#.: 111

Oct. 24, 2011

Deposited to 106000

Due:
Alabama Gas Corporation

cAVogel

Total->   $1.80

FROM: BABIN

**WILBUR J. "BILL" BABIN, JR.**
*Trustee in Bankruptcy*
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

October 20, 2011

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

In re: ASSOCIATED MOVING & STORAGE COMPANY
USBC-EDLA 07-10566-a

Dear Ms. Vogel:

In compliance with Rule 3010 of the Rules of Bankruptcy Procedure, attached hereto please find check in the amount of $1.80 representing dividends in an amount less than $5.00 due to the following creditors:

ALABAMA GAS CORPORATION
ATTN: NANCY ROLAND
605 RICHARD ARLINGTON JR. BLVD. NORTH
BIRMINGHAM AL 35203-2707
Claim #9                                                     $1.80

**Total:**                                                   $1.80

Please treat these funds in the same manner as unclaimed funds.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

Very truly yours,

WILBUR J. "BILL" BABIN, JR.-TRUSTEE

WJBjr/ld
Enclosure